**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1529**

_____

KRISTIN E. SCHELIN; MARK A. WATSON,

Plaintiffs - Appellees,

v.

KARL LINARD MALLOY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:24-cv-00727-MHL)

_____

Submitted:  December 23, 2025                    Decided:  December 30, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Karl Linard Malloy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Linard Malloy appeals the district court's order dismissing as moot his appeal from the bankruptcy court's order denying his motion to compel discovery. We have reviewed the record and have determined that the bankruptcy court's order was not a final order nor an appealable interlocutory order over which the district court had jurisdiction. *See Nicholas v. Wyndham Int'l, Inc.*, 373 F.3d 537, 541 (4th Cir. 2004) ("Discovery orders are inherently interlocutory and typically not appealable." (citation modified)); *see Ritzen Grp. Inc. v. Jackson Masonry, LLC*, 589 U.S. 35, 37 (2020) (providing standard for appealability in bankruptcy cases). Accordingly, we affirm the district court's dismissal of the appeal as modified to reflect a dismissal for lack of jurisdiction under 28 U.S.C. § 158(a). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*